UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC., <br>    Plaintiff, <br>  v. <br> SAMSUNG ELECTRONICS AMERICA, INC., <br>    Defendant. | Case No. 8:19-cv-01856-DOC-JDEx <br><br> **ORDER APPROVING PARTIES' STIPULATED PROTECTIVE ORDER (DKT. 52)** |

  GOOD CAUSE APPEARING THEREFOR, the Stipulated Protective Order (Dkt. 52) entered by and between counsel for Plaintiff Pinn, Inc. ("Plaintiff") and Defendant Samsung Electronics America, Inc. ("Defendant") is hereby approved.

  ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff and Defendant shall obey the provisions of the Stipulated Protective Order (Dkt. 52).

  IT IS SO ORDERED.

DATED: March 10, 2020

                _____
                HON. JOHN D. EARLY
                United States Magistrate Judge