IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br>        Plaintiff,<br>v.<br>APPLE INC.,<br>        Defendant. | **Lead Case No.**<br>**8:19-cv-1805-DOC-(JDEx)**<br>**ORDER OF DISMISSAL OF DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.** |
| PINN, INC.,<br>        Plaintiff,<br>v.<br>GOOGLE LLC,<br>        Defendant. | CASE NO. 8:19-cv-1840-DOC-JDE<br>CONSOLIDATED CASE |
| PINN, INC.,<br>        Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>        Defendant. | CASE NO.<br>XX 8:19-cv-1856-DOC-(JDEx)<br>CONSOLIDATED CASE |

|    |    |
|---|---|
| 1  | On this day, Plaintiff Pinn, Inc. ("Plaintiff") and Defendant Samsung |
| 2  | Electronics America, Inc. ("Samsung") announced to the Court that they have |
| 3  | resolved Plaintiff's claims for relief against Samsung asserted in this case and |
| 4  | Samsung's claims, defenses and/or counterclaims for relief against Plaintiff asserted |
| 5  | in this case. Plaintiff and Samsung have therefore requested that the Court dismiss |
| 6  | Plaintiff's claims for relief against Samsung with prejudice and Samsung's claims, |
| 7  | defenses and/or counterclaims for relief against Plaintiff without prejudice, and with |
| 8  | all attorneys' fees, costs and expenses taxed against the party incurring the same. The |
| 9  | Court, having considered this request, is of the opinion that their request for dismissal |
| 10 | should be granted. |
| 11 | IT IS THEREFORE ORDERED that Plaintiff's claims for relief against |
| 12 | Samsung are dismissed with prejudice and Samsung's claims, defenses and/or |
| 13 | counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS |
| 14 | FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be |
| 15 | borne by each party incurring the same. |

**IT IS SO ORDERED.**

Dated: June 18, 2020

*David O. Carter*

Hon. David O. Carter
United States District Judge

- 1 -
ORDER OF DISMISSAL OF DEFENDANT SAMSUNG
ELECTRONICS AMERICA, INC.